# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.

CANDICE STANTON

                              Defendant.

Case No. 15CR0944-CAB

**FILED** JUN 2 0 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal, with prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) as charged in the Indictment/Information:

<u>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine (Felony)</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/17/2016

Hon. Cathy Ann Bencivengo
United States District Judge